IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00670-MSK-KLM

ROBERT SHAWN ADELMAN,

      Plaintiff,

v.

ALEXANDER HARPER, a minor, by and through his natural parents and next friends John and Jane Doe,

      Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss Without Prejudice (**#15**) filed June 23, 2009.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 23rd day of June, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge